UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ACCESS CAPITAL INVESTMENTS FUND TWO, L.P., <br> Plaintiff, <br> v. <br> ROSE FLORES, et al., <br> Defendants. | Case No. 15-cv-00312-JCS <br><br> **ORDER GRANTING EX PARTE APPLICATION TO SHORTEN TIME** <br> Re: Dkt. No. 6 |

Good cause showing, Plaintiff's ex parte application to shorten time is GRANTED.[1] Defendant's opposition to Plaintiff's motion to remand must be filed **no later than February 12, 2015**. This Order supersedes the provision of Civil Local Rule 7-3(a) regarding deadlines to respond to motions served by mail. Plaintiff shall not file a reply brief. **The hearing will occur on Friday, February 13, 2015 at 2:00 pm** in Courtroom G, located on the 15th floor of the federal courthouse at 450 Golden Gate Avenue, San Francisco, CA 94102.

If Defendant continues pro se, she is encouraged to consult with the Federal Pro Bono Project's Legal Help Center in either of the Oakland or San Francisco federal courthouses for assistance. The San Francisco Legal Help Center office is located in Room 2796 on the 15th floor at 450 Golden Gate Avenue, San Francisco, CA 94102. The Oakland office is located in Room 470-S on the 4th floor at 1301 Clay Street, Oakland, CA 94612. Appointments can be made by

/ / /

/ / /

/ / /

---

[1] The Court's previous order (dkt. 9) declined to address the application to shorten time until the Court was satisfied that Defendant had been served with Plaintiff's motion to remand. Plaintiff filed proof of service of its motion the same day as that order. The Court is therefore satisfied that Defendant has sufficient notice of Plaintiff's motion.

calling (415) 782-8982 or signing up in the appointment book located outside either office. Telephone appointments are available. Lawyers at the Legal Help Center can provide basic assistance to parties representing themselves but cannot provide legal representation.

**IT IS SO ORDERED.**

Dated: February 2, 2015

_____
JOSEPH C. SPERO
United States Magistrate Judge